DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 JUNE 2014

| 119P14 | State v. Jose Antonio Jaimes Nieto | Def's PDR Under N.C.G.S. § 7A-31 (COA13-430) | Denied |
|---|---|---|---|
| 124P14 | State v. Jason Lynn Young | State's Motion for Temporary Stay (COA13-586) | Allowed **04/16/2014** |
| 125P14 | State v. Steven Clark Kostick | Def's PDR Under N.C.G.S. § 7A-31 (COA13-873) | Denied |
| 126P14 | State v. James Anthony May | Def's *Pro Se* Motion for PDR (COA08-146) | Denied |
| 127P14 | State v. David Keith Price | 1. Def's Motion for Temporary Stay (COA13-904)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's NOA Based Upon a Constitutional Question<br><br>4. Def's PDR Under N.C.G.S. § 7A-31<br><br>5. State's Motion to Dismiss Appeal | 1. Allowed **04/21/2014** Dissolved **06/11/2014**<br><br>2. Denied<br><br>3. —<br><br>4. Denied<br><br>5. Allowed |
| 128P14 | State v. Michael Edward Brooks | Def's *Pro Se* Motion for NOA (COAP13-33) | Dismissed |
| 131A14 | Morningstar Marinas/Eaton Ferry, LLC v. Warren County, North Carolina and Ken Krulik, Warren County Planning and Zoning Administrator, in his official capacity | 1. Respondents' NOA Based Upon a Dissent (COA13-458)<br><br>2. Respondents' PDR as to Additional Issues | 1. —<br><br>2. Denied |
| 133P14 | State v. Joanna Leigh Beck | 1. Def's Motion for Temporary Stay (COA13-764)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **04/23/2014** Dissolved **06/11/2014**<br><br>2. Denied<br><br>3. Denied |